## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR22 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TODD ALLGOOD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon defendant's Unopposed Motion to Continue Trial [17]. Counsel requests additional time as the investigation into Defendant's defense has progressed, but certain aspects have yet to be finished and the results shared with Defendant in order to determine whether to proceed to trial. For good cause shown,

**IT IS ORDERED** that defendant's Unopposed Motion to Continue Trial [17] is granted, as follows:

1. The jury trial now set for May 4, 2021, is continued to **June 29, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 29, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 27, 2021.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**