IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>TODD ALLGOOD,<br><br>                      Defendant. | 8:21-CR-22<br><br><br>ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED OR FOUND IN CONTEMPT |

       On August 5, 2022, the Court entered its Final Trial Order in this case, which required counsel for the Government to file a trial brief, witness list, exhibit list, and proposed jury instructions and forms at least seven (7) days before the trial set for August 16, 2022. Filing 58 at 1. The order further stated:

> The Court expects any required pretrial submissions to be submitted by the deadline in the absence of a filed motion to continue or petition to enter a plea of guilty. Neither a verbal agreement between counsel nor notice to court staff that the parties expect a plea or a continuance to be filed is sufficient to relieve any pretrial filing obligations. **Attorneys who fail to comply with this Court's order may be subject to appropriate sanctions.**

Filing 58 at 2 (emphasis added). Counsel for the government has ignored this Court's order and has failed to submit the required filings by the deadline, which was August 9, 2022. Accordingly,

       IT IS ORDERED that counsel for the Government show cause why she should not be immediately sanctioned or found in contempt of court for violating the Court's Final Trial Order. Counsel for the government shall respond to this Order by 4:00 p.m. on August 10, 2022.

       Dated this 10th day of August, 2022.

                                                                BY THE COURT:

                                                                Brian C. Buescher
                                                                United States District Judge