IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TODD ALLGOOD,<br><br>　　　　　Defendant. | **8:21-CR-22**<br><br>**FINAL ORDER OF FORFEITURE** |

　　　This matter is before the Court upon the Government's Motion for Final Order of Forfeiture. Filing 79. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1.　　On October 3, 2022, the Court entered a Preliminary Order of Forfeiture, Filing 72, forfeiting defendant's interest in the $1,383 in United States currency.

2.　　On December 8, 2022, the Government filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject Property. Filing 78.

3.　　The Government advises the Court that no party has filed a petition regarding the subject Property. From a review of the docket, the Court finds that no person or entity has filed a petition.

4.　　The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

　　　1.　　The Government's Motion for Final Order of Forfeiture, Filing No. 79, is granted.

　　　2.　　All right, title and interest in and to the $1,383 in United States currency seized from Defendant on or about October 22, 2020, held by any person or entity are forever barred and foreclosed.

　　　3.　　The $1,383 in United States currency is forfeited to the Government.

4. The Government is directed to dispose of that currency in accordance with law.

Dated this 12th day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge